# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REGINALD ALLEN JACKSON-EL,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION NO.:** |
| **v.** : | |
| : | **2:13-CV-4179-CDJ** |
| **UNITED STATES, et al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

**AND NOW**, this 10th day of January 2014, it is hereby **ORDERED** that defendants' motions to dismiss, (Doc. No. 5; Doc. No. 6), are **GRANTED**. It is further **ORDERED** that the petition of Reginald Allen Jackson-El, (Doc. No. 1), is **DISMISSED WITH PREJUDICE**.

BY THE COURT:

_____
**C. DARNELL JONES   II,   J.**